IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TROY JONES, Individually
and on Behalf of All Others
Similarly Situated                                          PLAINTIFF

v.                          No. 3:18-cv-24-DPM

HAGAMAN PROPERTY
DEVELOPMENT, LLC                                            DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 13 August 2019 to enforce the settlement.

*D.P. Marshall Jr.*
United States District Judge

13 June 2019